UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(Northern Division)

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 NOV 20  P 2: 59

CLERK'S OFFICE
AT BALTIMORE

_____DEPUTY

DMCD, Inc                                )
F/K/A F.A. Davis & Sons, Inc.,           )
                                         )
              Plaintiff,                 )
                                         )
        vi.                              )   Case No. JFM-01CV3230
                                         )
Travelers Insurance Company, *et al.*    )
                                         )
              Defendants.                )
_____  )

**ORDER**

Upon stipulation of the parties dated November 13, 2001, and good cause having

been shown,

**IT IS HEREBY ORDERED** that defendants Travelers Insurance Company,

Travelers Property Casualty and Reliance Surety Company are dismissed from this

proceeding without prejudice.

**IT IS FURTHER ORDERED** that defendant Travelers Casualty and Surety

Company remains as a defendant in this proceeding.

**IT IS SO ORDERED** this _2u~_ day of //b~-t~ , 2001.

_____
**FREDERICK MOTZ**
**UNITED STATES DISTRICT JUDGE**