UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

December 3, 2001

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
FAX (410) 962-2698

Memo To Counsel Re: DMCD, Inc. v. Travelers Insurance Company
Civil No. JFM-01-3230

Dear Counsel:

This will confirm the schedule set during the conference held on November 28, 2001.

| | |
|---|---|
| January 4, 2002 | Deadline for defendant to advise me if it consents to all proceedings before a magistrate judge |
| March 28, 2002 | Deadline for plaintiff's Rule 26(a)(2) disclosures |
| May 28, 2002 | Deadline for defendant's Rule 26(a)(2) disclosures |
| June 28, 2002 | Deadline for plaintiff's rebuttal Rule 26(a)(2) disclosures |
| July 26, 2002 | Deadline for Rule 26(e) supplementations |
| October 1, 2002 | Discovery deadline |
| December 6, 2002 | Deadline for plaintiff's summary judgment motion |
| January 10, 2003 | Deadline for defendant's opposition and cross-motion (if any) |
| January 24, 2003 | Deadline for plaintiff's reply and opposition (if defendant files cross-motion) |
| February 7, 2003 | Deadline for defendant's reply (if it files a cross-motion) |

This will also confirm that I will request that the case be assigned to one of the magistrate judges for the purpose of holding an ADR conference in April 2002.

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

J. Frederick Motz
United States District Judge

cc: Court File